KELLIE M. MURPHY, ESQ. (SBN 189500)
JASON M. SHERMAN, ESQ. (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendants, COSUMNES RIVER COLLEGE and ROBERT MONTANEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| GLENN PICO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONSUMNES RIVER COLLEGE and ROBERT MONTANEZ, DEAN,<br><br>　　　　Defendants. | CASE NO. 2:10-CV-01406-JAM-GGH<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

　　　　On August 13, 2010, Defendants Cosumnes River College and Robert Montanez filed a Motion to Dismiss Plaintiff's Complaint under Federal Rules of Civil Procedure, Rule 12(b)(6). Plaintiff Glenn Pico filed an Opposition brief on September 7, 2010 and a "Notice of New Events; Errata to Opposition" on September 29, 2010. Defendants filed a Reply brief and a Request for Judicial Notice on October 13, 2010. Plaintiff filed a Response to Defendant's Request to Take Judicial Notice on October 13, 2010.

　　　　The Court heard this matter on October 20, 2010, the Honorable Judge John A. Mendez, presiding. Kellie M. Murphy and Jason M. Sherman appeared on behalf of Defendants. James

PDF created with pdfFactory trial version www.pdffactory.com

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

Joseph Lynch, Jr. appeared on behalf of Plaintiff.

Having considered all matters submitted in the papers, all admissible evidence submitted in connection therewith, the pleadings on file in this matter, and the applicable law, and following oral argument, the Court finds and rules as follows:

A plaintiff must commence a civil action based on charges contained in an Equal Employment Opportunity Commission complaint within **90 days** of receipt of the Notice of Right to Sue. This 90-day time period is proscribed for civil actions brought under Title VII. (42 U.S.C. § 2000e-5(f)(1).) It is undisputed that Plaintiff in this matter did not file a Complaint within 90 days of receipt of his Notice of Right to Sue, and that the Complaint subject to this motion was filed beyond the 90 day time period.

Defendants' Motion to Dismiss Plaintiff's entire Complaint is **GRANTED** with prejudice. The Court directs the Clerk to enter judgment in favor of Defendants pursuant to Rule 58(a).

**IT IS SO ORDERED**.

Dated: October 21, 2010        /s/ John A. Mendez_____
                               The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com