KELLIE M. MURPHY (SBN 189500)
JASON M. SHERMAN (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for COSUMNES RIVER COLLEGE and ROBERT MONTANEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| GLENN PICO,<br><br>　　　Plaintiff,<br>v.<br><br>CONSUMNES RIVER COLLEGE and ROBERT MONTANEZ, DEAN<br><br>　　　Defendants. | **CASE NO. 2:10-CV-01406-JAM-GGH**<br><br>**STIPULATION TO MOVE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

　　　Defendants COSUMNES RIVER COLLEGE and ROBERT MONTANEZ, and Plaintiff GLENN PICO, by and through their respective counsel of record, hereby stipulate to continue the hearing on Defendants' Motion for Attorneys' Fees to February 9, 2011 at 9:30 a.m. in Courtroom #6.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**STIPULATION TO MOVE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

PDF created with pdfFactory trial version www.pdffactory.com

1  / / /

2  IT IS SO STIPULATED.

3

4  Date:   January ___, 2011           JOHNSON SCHACHTER & LEWIS
5                                      A Professional Law Corporation
6
7                                      _____
                                        KELLIE M. MURPHY
8                                       JASON M. SHERMAN
                                        Attorneys for Defendants,
9                                       COSUMNES RIVER COLLEGE and
                                        ROBERT MONTANEZ
10
11
12 Dated:   January ___, 2011           LAW OFFICES OF JAMES JOSEPH LYNCH, JR.
13
14                                      _____
                                        JAMES JOSEPH LYNCH, JR.,
15                                      Attorneys for Plaintiff,
                                        GLENN PICO
16
17
18 IT IS SO ORDERED.
19
20
21 Dated:   1/19/2011
                                        /s/ John A. Mendez
22                                      HON. JOHN A. MENDEZ
                                        UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

2

**STIPULATION TO MOVE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

PDF created with pdfFactory trial version www.pdffactory.com