KELLIE M. MURPHY (SBN 189500)
JASON M. SHERMAN (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for COSUMNES RIVER COLLEGE and ROBERT MONTANEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GLENN PICO,<br><br>    Plaintiff,<br>v.<br><br>COSUMNES RIVER COLLEGE and<br>ROBERT MONTANEZ, DEAN<br><br>    Defendants. | CASE NO. 2:10-CV-01406-JAM-GGH<br><br>**STIPULATION TO MOVE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES TO APRIL 20, 2011** |

Defendants COSUMNES RIVER COLLEGE and ROBERT MONTANEZ, and Plaintiff GLENN PICO, by and through their respective counsel of record, hereby stipulate to continue the hearing on Defendants' Motion for Attorneys' Fees to April 20, 2011 at 9:30 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

1

**STIPULATION TO MOVE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES TO APRIL 20, 2011**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Date:   February 4, 2011          JOHNSON SCHACHTER & LEWIS
                                  A Professional Law Corporation


                                  ___/s/ Kellie M. Murphy_____
                                  KELLIE M. MURPHY
                                  JASON M. SHERMAN
                                  Attorneys for Defendants,
                                  COSUMNES RIVER COLLEGE and
                                  ROBERT MONTANEZ


Dated:   February 4, 2011         LAW OFFICES OF JAMES JOSEPH LYNCH, JR.


                                   /s/ James J. Lynch, Jr. (as authorized on
                                  2/4/11_____
                                  JAMES JOSEPH LYNCH, JR.,
                                  Attorneys for Plaintiff,
                                  GLENN PICO


IT IS SO ORDERED.


Dated:  2/7/2011                   /s/ John A. Mendez_____
                                  HON. JOHN A. MENDEZ
                                  UNITED STATES DISTRICT JUDGE

**STIPULATION TO MOVE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES
TO APRIL 20, 2011**

PDF created with pdfFactory trial version www.pdffactory.com